IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORIAN POWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 21-00186-KD-N |
| | ) |
| HOLLOWAY CREDIT SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This action is before the Court on Notice of Settlement (doc. 27). The parties report they have settled this matter and anticipate filing a dismissal within the next sixty (60) days. They ask the Court to retain jurisdiction during the sixty (60) day period..

Accordingly, this action is **DISMISSED with prejudic**e s**ubject to the right of either party to reinstate the action within sixty (60) days of the date of this Order** should the settlement agreement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this the 4th day of January 2022.


/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**